IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES ROOTS,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**G. CHERIAN, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 2:23-cv-01175-CKD<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS [ECF No. 36]**<br><br>Judge:　　　Hon. Carolyn K. Delaney<br>Trial Date:　Not Set<br>Action Filed: June 16, 2023 |

　　　Before the Court is Defendants' administrative motion under Local Rule 233 to change their time to file objections to the Magistrate Judge's findings and recommendations (ECF No. 36).  Good cause appearing, the motion is **GRANTED**.

　　　Defendants' objections to the Magistrate Judge's findings and recommendations are due no later than **June 17, 2025**. Any response to the objections shall be filed and served **within ten (10) days** after service of the objections.

　　　**IT IS SO ORDERED**.

Dated:  June 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
8, root1175.36obj　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

Order Granting Defs.' Mot. Extend Time File Objections to F&R (Case No. 2:23-cv-01175-CKD)