UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYLER ROOTS, | No. 2:23-cv-1175-WBS-CKD P |
| Plaintiff, | |
| v. | ORDER |
| G. CHERIAN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants requested and were granted an extension of time and filed timely objections to the findings and recommendations, which the court has considered.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 27. 2025 (ECF No. 36) are adopted in full.

2. Defendants' motion to dismiss based on res judicata (ECF No. 31) is DENIED.

3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Dated: July 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8, root1175.806