UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TYLER ROOTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. CHERIAN, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-1175-WBS-CKD P<br><br><br>ORDER |

　　Plaintiff, a state prisoner, proceeds pro se and seeks relief under 42 U.S.C. § 1983. On July 3, 2025, the court denied defendants' motion to dismiss.

　　Accordingly, IT IS HEREBY ORDERED that defendants shall file an answer within 14 days.

Dated:  August 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8, root1175.answ

1