UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES TYLER ROOTS,

      Plaintiff,

    v.

G. CHERIAN, et al.,

      Defendants.

No.  2:23-cv-1175-WBS-CKD P

ORDER

Plaintiff, a state prisoner, proceeds pro se and seeks relief under 42 U.S.C. § 1983. Plaintiff's unopposed motion for an extension of time to complete discovery is before the court. (ECF No. 47.) Plaintiff requests an extension of time to complete discovery, up to and including January 26, 2026, to produce records to defendants.

Good cause appearing, IT IS ORDERED that plaintiff's unopposed request for an extension of time (ECF No. 47) is granted to the extent that plaintiff has up to and including January 26, 2026, to respond fully to discovery requests served by defendants; any related motion to compel by defendants shall be filed within 21 days thereafter.

Dated:  January 21, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 root1175.36disc

1