IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES ROOTS,** | 2:23-cv-01175-CKD |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING PLAINTIFF'S WITNESSES AND FOR AN EXTENSION OF THE DEADLINE TO FILE A MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **G. CHERIAN, et al.,** | |
| Defendants. | |

Plaintiff James Roots is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendants' Motion to Modify the Discovery and Scheduling Order (ECF No. 44) to Reopen Discovery for the Limited Purpose of Deposing Plaintiff's Witnesses whose declarations were provided to Defendants after the close of discovery, and for an Extension of the Deadline to File a Motion for Summary Judgment.

Good cause having been presented, it is HEREBY ORDERED that:

1.      Defendants' motion for an extension of time (ECF No. 50) is GRANTED;

2.      Defendants may conduct discovery for the limited purpose of deposing Marcaill Wormley and LaDonn Lee for a period of forty-five (45) days from the date of this order;

3.      The deadline for Defendants to file a motion for summary judgment under Federal Rule of Civil Procedure 56 is extended to thirty (30) days after the close of the forty-five-day limited purpose discovery period, or seventy-five (75) days from the date of this order.

Dated:  March 24, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 root1175.36depo

1